BARTHOLOMEW DUNN, Appellant, *v.* MAXIMILIAN MORGENTHAU, Respondent.

*Dunn* v. *Morgenthau,* 73 App. Div. 147, affirmed.
(Argued June 8, 1903; decided June 23, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 15, 1902, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*Samson Lachman* and *Jesse W. Ehrich* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

MECHANICS' NATIONAL BANK OF PROVIDENCE et al., Respondents, *v.* EDWARD A. JONES et al., Appellants.

*Mechanics' Nat. Bank* v. *Jones,* 76 App. Div. 534, affirmed.
(Submitted June 8, 1903; decided June 23, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 31, 1902, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*Eugene M. Bartlett* and *William H. Baker* for appellants.

*William L. Marcy* and *Adelbert Moot* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.